```
                      UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


                                     )
                                     )
KATHY LASDIN                         )
            Plaintiff(s)             )
                                     )             C 05-04589 CRB
       -v-                           )
                                     ) ORDER SETTING INITIAL CASE MANAGEMENT
PFIZER INC                           ) CONFERENCE
            Defendant(s)             )
_____)
```

    IT IS HEREBY ORDERED that this action is assigned to the
Honorable Charles R. Breyer.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California" and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."


```
Date        Event                                          Governing Rule
------------------------------------------------------------------------
11/08/2005  case filed in the N. District of California

01/20/2006  Last day to meet and confer re initial         FRCivP 26(f)
            disclosures, early settlement, and
            discovery plan

02/03/2006  Last day to complete initial disclosures       FRCivP 26(a)(1)
            or state objection in Rule 26(f) Report,       Civil L.R.16-9
            file/serve Case Management Statement, and
            file/serve Rule 26(f) Report

02/10/2006  Case Management Conference in
            Ctrm. 8, 19th FL,SF at 8:30 AM                 Civil L.R. 16-10
```