UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 05-4589 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| KATHY LASDIN<br>Plaintiff | ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| PFIZER, INC., ET AL.<br>Defendants | ) ) | |

Comes now the Plaintiff, KATHY LASDIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/30, 2009          By: _____
                                Attorneys for Plaintiff,
                                Kathy Lasdin

DATED: December 15, 2009   By: _____
                                DLA PIPER LLP (US)
                                1251 Avenue of the Americas
                                New York, NY 10020
                                Telephone: (212) 335-4500
                                Facsimile: (212) 335-4501
                                *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010          _____
                                Hon. Charles R. Breyer
                                United States District Court